# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JAMES ORR,  Case No. 1:11-cv-919
    Petitioner,

                                                 Barrett, J.
vs                                             Bowman, M.J.

WARDEN, LEBANON CORRECTIONAL
INSTITUTION,                                   **ORDER**
    Respondent.

       This *pro se* habeas corpus action brought pursuant to 28 U.S.C. § 2254 is before the court on petitioner's motion, in which petitioner requests the issuance of an order compelling the respondent to produce the "complete Trial Transcript, including the Victim[] Impact Statement of the alleged Victim, which was read into the Record." (Doc. 11).  Respondent opposes petitioner's motion.  (Doc. 12).  In a separate Report and Recommendation issued this date, the undersigned has recommended that the petitioner's § 2254 petition be dismissed with prejudice because the petition is time-barred.  Therefore, petitioner's motion to compel the production of the complete trial transcript (Doc. 11) is **DENIED** as moot.

       **IT IS SO ORDERED**.


                                                       /.s/*Stephanie K. Bowman*
                                                   United States Magistrate Judge